UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA,

    Plaintiff,

  -v-                                                10-CV-0002S

$12,810.00 IN UNITED STATES CURRENCY,

    <u>      Defendant.        </u>

## ORDER OF FORFEITURE

Based upon the Settlement and Forfeiture Agreement executed and filed with the Court in the above captioned litigation, and after review and due deliberation, it is hereby

**ORDERED**, the sum of $8,410.00 is now and hereby forfeited to the government pursuant to Title 21, United States Code, Section 881(a)(6) and the sum of $4,400.00 will be returned to Roman Dunnigan, through his attorney, Thomas J. Eoannou, Esq., and it is further

**ORDERED**, that any claims to said currency are hereby forever barred and that the United States District Court for the Western District of New York shall retain jurisdiction over any dispute concerning a breach of this agreement.

    SO ORDERED.

DATED:    September 7, 2010.
                Buffalo, NY

                                              <u>/s/William M. Skretny</u>
                                              WILLIAM M. SKRETNY
                                                      Chief Judge
                                        United States District Court